# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CNTRST Debt Recovery et al., ) | |
| ) | Case No. 1:21-cv-02702 |
| Plaintiffs, ) | |
| ) | Hon. Sharon Johnson Coleman |
| v. ) | |
| ) | Hon. Magistrate Judge Jeffrey I. Cummings |
| RUBEN YBARRA, YRY HOLDINGS, LLC ) | |
| and BOULDER HILL APARTMENTS, LLC ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT

NOW COME Defendants, Ruben Ybarra ("Ybarra"), YRY Holdings, LLC ("YRY") and Boulder Hill Apartments, LLC ("Boulder Hill") (collectively, "Defendants"), by their attorneys, Rakesh Khanna and Christopher V. Langone ("Langone"), and as *Defendants' Motion for Extension of Time to Answer or Otherwise Plead in Response to Complaint*, state as follows:

1. On May 19, 2021, Plaintiff, CNTRST Debtor Recovery and Bruce Teitelbaum ("Plaintiffs"), filed their Complaint to initiate the above-referenced case.

2. On, June 10, 2021, YRY was served with the Summons and Complaint.

3. On June 23, 2021, Ybarra was served with the Summons and Complaint.

4. Boulder Hill has not yet been served with the Summons and Complaint.

5. On June 24, 2021, Rakesh Khanna filed his Appearance on behalf of Defendants. Langone filed his Appearance on behalf of Defendants on June 30, 2021.

6. Defendants request through July 22, 2021, to investigate the facts and law necessary to determine how to appropriately respond to the Complaint. There is "good cause" for

1

granting this extension under Federal Rule of Civil Procedure 6(b). The causes of action and the allegations presented through the Complaint involve complex factual and legal matters which require counsel to meet and confer with the Defendants, interview the attorney that represented YRY and Boulder Hill in the underlying State Court action referenced in the Complaint, research and investigate defenses. Defendants will require through July 22, 2021, to complete the foregoing and to file the appropriate response to the Complaint.

7. Plaintiff will not be prejudiced in any manner if this Court grants Defendants until July 22, 2021, to answer or otherwise plead to Plaintiff's Complaint. On the other hand, the Defendants would be prejudiced if this Court did not grant the relief because the Defendants have meritorious defenses to the claims alleged in the Complaint. Specifically, the Complaint is vulnerable to be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) for the failure to state a claim upon which relief can be granted, as well as other grounds.

8. On June 29, 2021, Christopher Langone, counsel for Defendants, attempted to confer with William Factor, counsel for Plaintiffs, by leaving a voice mail message. As of this filing, Langone has not heard back from Mr. Factor regarding this request for an extension.

9. In light of the foregoing, this Court should grant the extension of time for Defendants to file their Answer or otherwise plead in response to the Plaintiff's Complaint.

WHEREFORE, Defendants, Ruben Ybarra, YRY Holdings, LLC and Boulder Hill Apartments, LLC, pray that this Court grant them an extension through and including July 22, 2021, to file their answer or otherwise plead in response to the Plaintiff's Complaint; and for such other and further relief as this Court deems just and proper.

**RUBEN YBARRA, YRY HOLDINGS, LLC AND BOULDER HILL APARTMENTS, LLC**, Defendants


By**:**     /s/ Christopher V. Langone
One of their attorneys


Rakesh Khanna, Esq. (Attorney No. 6243244)
564 W. Randolph St., 2nd Floor
Chicago, IL  60661
T. 312-663-0004
Email: rakesh@weissberglaw.com
Attorney No. 6243244

Christopher V. Langone Esq. (Attorney No. 6211105)
PO Box 5084
Skokie, IL 60077
T. 312-720-9191
Email: LangoneLaw@gmail.com


## CERTIFICATE OF SERVICE

I, Christopher V. Langone, certify that on June 30, 2021, I caused **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO COMPLAINT** to be filed electronically.  Notice of these filings was sent to all parties registered with the court's CM/ECF electronic transmission system, including to the following parties:

William J. Factor, Esq.
Isaiah Fishman, Esq.
**FACTORLAW**
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Email: wfactor@wfactorlaw.com; ifishman@wfactorlaw.com


          /s/ Christopher V. Langone
Christopher V. Langone