**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

CNTRST Debt Recovery, et al.

                                         Plaintiff,

v.                                                      Case No.: 1:21−cv−02702
                                                        Honorable Sara L. Ellis

Ruben Ybarra, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 13, 2021:

       MINUTE entry before the Honorable Sara L. Ellis: The Court grants Defendants'
motion for extension of time [22]. Defendants' reply is due by 9/21/2021. The Court sets a
status date for 12/16/2021 at 1:30 PM for ruling on Defendants' motion to dismiss.
Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (866)
434−5269, Access Code: 8087837. Members of the public and media will be able to call
in to listen to this hearing (use toll free number). Please be sure to keep your phone on
mute when you are not speaking. Persons granted remote access to proceedings are
reminded of the general prohibition against photographing, recording, and rebroadcasting
of court proceedings. Violation of these prohibitions may result in sanctions, including
removal of court issued media credentials, restricted entry to future hearings, denial of
entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed
notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.