# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

CNTRST Debt Recovery, et al.
                                  Plaintiff,

v.                                                                   Case No.: 1:21−cv−02702
                                                                             Honorable Sara L. Ellis

Ruben Ybarra, et al.
                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 15, 2021:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants in part and denies in part Defendants' motions to dismiss [No. 21−2576, Doc. 16; No. 21−2702, Doc. [12]. The Court dismisses Plaintiffs' declaratory judgment claims without prejudice. The Court strikes the status date set for 12/16/2021 and resets it to 8/2/2022 at 9:30 a.m. The Court sets the following discovery schedule: Rule 26(a) disclosures are due by 1/7/2022; written discovery to issue by 1/21/2022; and fact discovery closes on 7/22/2022. The parties should file a joint status report by 7/26/2022 indicating the status of fact discovery, the status of settlement discussions and whether the parties request a referral to the magistrate judge for settlement purposes; whether the parties require expert discovery prior to dispositive motion practice; and proposed schedules for expert discovery and summary judgment briefing, where applicable. [For further details see separate order]. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.