# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Bruce Teitelbaum and CNTRST Debt Recovery, ) | |
| ) | |
| Plaintiffs ) | |
| v. ) | |
| ) | Civil Action No. 21-cv-2702 |
| Ruben Ybarra, YRY Holdings, LLC, and Boulder ) | |
| Hill Apartments, LLC, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on July 8, 2022, he caused a true copy of the **Objections, Responses, and Privilege Log of Document Subpoena Recipients Tannen Law Group, P.C. and Michael Tannen to Plaintiff's Subpoena Duces Tecum** to be served upon the service list by email delivery. He further certifies that, on July 8, 2022 before 5:00pm, the underlying responsive documents to the subpoena *duces tecum* was hand delivered to counsel for CNTRST Debt Recovery and Bruce Teitelbaum at 105 W. Madison St, Ste. 1500, Chicago, IL 60602.

TANNEN LAW GROUP, P.C.

/s/ *Michael M. Tannen*

*Subpoena Recipients*
*Tannen Law Group, P.C. and*
*Michael M. Tannen*

Michael M. Tannen (#6204635)
mtannen@tannenlaw.com
Timothy Meloy (#6325769)
tmeloy@tannenlaw.com
Tannen Law Group, P.C.
77 W. Washington Street, Suite 500
Chicago, IL 60602
(312) 641-6650
Firm ID No. 38447

## SERVICE LIST

William J. Factor
*wfactor@wfactorlaw.com*
Factor Law
105 W. Madison St., Ste. 1500
Chicago, IL 60602
312-878-6146
***Attorney for Plaintiffs***
***Bruce Teitelbaum and***
***CNTRST Debt Recovery***

Adam B. Rome
*arome@grglegal.com*
Zachary Mulcrone
*zmulcrone@grglegal.com*
Greiman, Rome & Griesmeyer, LLC
205 W. Randolph St., Ste. 2300
Chicago, IL 60606
(312) 428-2750
***Attorneys for Centrust Bank, N.A.***

Ariel Weissberg
*ariel@weissberglaw.com*
Rakesh Khanna
*rakesh@weissberglaw.com*
Weissberg & Associates
564 W. Randolph St., 2nd Floor
Chicago, IL 60661
(312) 663-0004
***Attorney for Defendant***
***Ruben Ybarra***

Christopher Langone
*langonelaw@gmail.com*
Langone Law
10 Williamsburg Ct.
Evanston, IL
(312) 720-9191
***Attorney for Defendant***
***Ruben Ybarra***