IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CNTRST DEBT RECOVERY and BRUCE TEITELBAUM, | ) ) ) | |
| | ) | Case No. 21-cv-02702 |
| Plaintiffs/Counter-Defendants | ) ) | |
| v. | ) ) | Hon. Judge Sara L. Ellis |
| RUBEN YBARRA, YRY HOLDINGS, LLC and BOULDER HILL APARTMENTS, LLC | ) ) ) | Hon. Magistrate Judge Maria Valdez |
| Defendants/Counter-Plaintiffs | ) ) | |

**DEFENDANTS' UNOPPOSED MOTION
FOR A TWO-WEEK ENLARGEMENT OF TIME TO FILE
A RESPONSE TO THE MOTION TO DISMISS COUNTERCLAIMS
(AND TO CORRESPONDINGLY ENLARGE THE TIME FOR COUNTER-
DEFENDANTS TO REPLY)**

**NOW COME** Defendants, RUBEN YBARRA, YRY HOLDINGS, LLC and BOULDER HILL APARTMENTS, LLC (collectively "Defendants/Counter-Plaintiffs") by and through one of their attorneys, Christopher V. Langone, file this *Defendants' Unopposed Motion for a Two-Week Enlargement of Time to File a Response to the Motion to Dismiss Counterclaims (And to Correspondingly Enlarge the Time for Counter-Defendants to Reply)*. In support thereof, Defendants/Counter-Plaintiffs state:

1. Defendants' Replies in Support of their *Motion for Leave to File Counterclaims* ("Reply") is due on March 29, 2023.

2. Due to the press of other professional obligations, including: (1) the filing a 25-page reply in support of a Motion for Class Certification (which was twice extended) in Wahlert v. KSH (before Judge Gettleman); (2) the preparation of a complaint when counsel was first retained only shortly before the expiration of a statute of limitations; (3) the preparation for an

participation in an all-day proceeding before JAMS in Mims v. Boeing, and an usually heavy schedule of status calls, as well as the fact counsel was in Idaho for a week for the International Public Debate Championships with Oakton College (where counsel is an adjunct and Director of Debate), counsel needs an additional 14 days to complete the response.

      3.      No prior extensions were requested in relation to the response.

      4.      There will be no prejudice to Plaintiffs if a 14-day extension is granted.

      5.      Counsel for Defendants /Counter-Plaintiffs has Mr. Factor, on behalf of his clients, who has confirmed no objection to the extension request provided counsel request a corresponding 14-day extension for Counter-Defendants' reply brief.

\WHEREFORE, RUBEN YBARRA, YRY HOLDINGS, LLC and BOULDER HILL APARTMENTS, LLC, request a 14-day extension, through and until April 12, 2023, to file their Response briefs, and the Counter-Defendants reply be due on April 26, 2023.

      Respectfully Submitted,

      /s/ Christopher V. Langone

Christopher V. Langone
205 North Michigan Ave.
Suite 810
Chicago, IL 60601
(312) 720-9191
Chris@LangoneLaw.com