IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CNTRST DEBT RECOVERY and BRUCE TEITELBAUM, | Case No. 21-cv-02702 |
| Plaintiffs & Counter-Defendants, | Honorable Judge Sara E. Ellis |
| v. | Hon. Magistrate Judge Maria Valdez |
| RUBEN YBARRA, YRY HOLDINGS, LLC, and BOULDER HILL APARTMENTS, LLC, | |
| Defendants & Counter-Plaintiffs. | |

**DEFENDANTS' AND COUNTER-PLAINTIFF'S MOTION
FOR AN ENLARGEMENT OF TIME TO
SUBMIT SETTLEMENT LETTER**

**NOW COME** Defendants and Counter-Plaintiffs, RUBEN YBARRA, YRY HOLDINGS, LLC and BOULDER HILL APARTMENTS, LLC (collectively "Defendants / Counter-Plaintiffs") by and through one of their attorneys, Christopher V. Langone, file this *Defendants' Motion for an Enlargement of Time to Submit Settlement Letter*. In support thereof, Defendants / Counter-Plaintiffs state:

1. Defendants / Counter-Plaintiff's settlement letter was due May 30, 2023 [Dkt. 73]. This was one week after the 5/23/23 letter due from Plaintiff by order of May 15, 2023.

2. Defendants / Counter-Plaintiff's counsel recently had on onslaught of work, with several major briefs and out-of-town travel May, including: (a) a response in opposition to motion for summary judgment (20 pages) in the matter of *Deutsche Bank v. Cuculich*, 21-L-009510 filed May 15, 2023; (b) an extensive Amended Complaint due and filed on May 31, 2023, in *Lavery v. Beimfohr*, 23 LA 0185 pending in the Circuit Court of St. Clair County; (c) travel to New York

1

City for an oral argument before the New York Supreme Court, Appellate Division scheduled on May 31, 2023 in *5th and 55th Residence Club v. Vistana Signature Experiences,* making counsel unavailable the entire day of May 30, as he was traveling from the west coast to New York City; and (d) preparation for an oral argument on a Motion for Summary Judgment in *In Re: Consolidated Cannabis Litigation*, 21 CH 3730, before the Honorable Cecilia Gamrath, on June 1, 2023.

3. Because of the briefing, the intervening Memorial Day weekend, and counsel's travel, he was not able to sufficiently communicate with this client and prepare a letter in the one-week period between May 23 and May 30.

4. Counsel is back in the office and back on a regular and more manageable schedule and requests until this Friday, June 9, 2023 to file the settlement letter.

WHEREFORE, RUBEN YBARRA, YRY HOLDINGS, LLC and BOULDER HILL APARTMENTS, LLC, requests until June 9, 2023 to file their response to Plaintiff / Counter-Defendant's settlement letter.

                                               Respectfully Submitted,

                                               /s/ Christopher V. Langone

Christopher V. Langone
205 North Michigan Ave.
Suite 810
Chicago, IL 60601
(312) 720-9191
Chris@LangoneLaw.com