IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **CNTRST DEBT RECOVERY and BRUCE TEITELBAUM,** | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 21-cv-02702 |
| | ) | Honorable Judge Sara E. Ellis |
| v. | ) ) | Hon. Magistrate Judge Maria Valdez |
| **RUBEN YBARRA, YRY HOLDINGS, LLC, and BOULDER HILL APARTMENTS, LLC,** | ) ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS' AFFILIATE DISCLOSURE STATEMENT

NOW COME Defendants, Ruben Ybarra, YRY Holdings, LLC ("YRY") and Boulder Hill Apartments, LLC ("Boulder Hill") by their attorneys, Ariel Weissberg and Christopher V. Langone and pursuant to Local Rule 3.2 of the Northern District of Illinois, state that YRY and Boulder Hill have no parent corporation and no publicly held corporation owns 5% or more of their stock.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

                                                  **RUBEN YBARRA, YRY HOLDINGS, LLC AND BOULDER HILL APARTMENTS, LLC**, Defendants

                                                  By:     /s/ Ariel Weissberg
                                                            One of their attorneys

Ariel Weissberg, Esq. (Attorney No. 03125591)
125 South Wacker Drive, Suite 300
Chicago, IL  60606
T. 312-663-0004
Email: ariel@weissberglaw.com

Christopher V. Langone, Esq. (Attorney No. 6211105)
205 North Michigan Ave., Suite 810
Chicago, IL 60601
Tel. (312) 720-9191
Email: Chris@LangoneLaw.com

## **CERTIFICATE OF SERVICE**

      I, Ariel Weissberg, certify that on December 31, 2024, I caused ***Defendants' Affiliate Disclosure Statement*** to be filed electronically. Notice of these filings was sent to all parties registered with the court's CM/ECF electronic transmission system, including to the following parties:

William J. Factor, Esq.
Isaiah Fishman, Esq.
**FACTORLAW**
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Email: wfactor@wfactorlaw.com; ifishman@wfactorlaw.com


                                          /s/ Ariel Weissberg
                                            Ariel Weissberg